OPINION — AG — **** COUNTY OFFICERS — PAY — EXTRA DUTIES — SPECIAL LAW **** TITLE 19 O.S. 1961 180.63 [19-180.63] D AND E, AS AMENDED BY 19 O.S. 1968 Supp., 180.63 [19-180.63] D AND E, AND 180.63 A AND C AND 20 O.S. 1968 Supp., 1301-1311 [20-1301] [20-1311], ARE UNCONSTITUTIONAL AS SPECIAL LEGISLATION. CITE: ARTICLE V, SECTION 32 W. J. MONROE ** SEE: OPINION NO. 68-275 (1986) **